IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

V.                          NO.  3:07-MJ-03003
                                 3:07-CR-30005

RICHARD DWAYNE FLOYD                                        DEFENDANT

ORDER

Before the Court is the Defendant's unopposed Motion for Mental Competency

Evaluation (Doc. 6) and the Order entered granting the Motion (Doc. 7) on May 22, 2007.

The Defendant was evaluated at the Federal Correctional Institution at Beaumont, Texas

and a report was made with a finding that the Defendant is presently not competent to proceed or

competent to assist in his defense. (Exhibit 1)  A hearing was conducted pursuant to 18 U.S.C.

4247 (d) at which the defendant was represented by his court appointed attorney, Jack Schisler

and the Government represented by Candace Taylor.

IT IS THEREFORE ORDERED that, pursuant to 18 U.S.C. Section 4241 (d) that the

defendant is hereby committed to the custody of the Attorney General or his authorized

representative to hospitalize the defendant for treatment in a suitable facility for such a

reasonable period of time, not to exceed four months, as is necessary to determine whether there

is a suitable probability that in the foreseeable future he will attain the capacity to permit the trial

to proceed.

IT IS SO ORDERED this 9th day of July 2007.

_____
HONORABLE JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JUL 09 2007

CHRIS R. JOHNSON, CLERK

BY                DEPUTY CLERK