**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION**

**UNITED STATES OF AMERICA**                                                              **PLAINTIFF**

      v.             Criminal No. 07-30005

**RICHARD DWAYNE FLOYD**                                                                 **DEFENDANT**

**O R D E R**

    Now on this 29th day of January, 2008, comes on for consideration a Forensic Evaluation dated November 26, 2007, regarding defendant, prepared following a four-month period of psychiatric treatment ordered by the Court pursuant to **18 U.S.C. §4241(d)**. The authors of this Forensic Evaluation state that "it is the opinion of the primary evaluator that there is a substantial probability in the foreseeable future that [defendant] will attain the capacity to permit the trial to proceed," and request an additional 120-day period of commitment.

    The Court finds this request well taken, and defendant does not request a hearing on the matter. The Court will, therefore, order that defendant remain in his current placement at FMC Butner for 120 days from November 26, 2007, at which time the evaluators are directed to submit a report on the progress that has been made by defendant toward attaining mental capacity to stand trial.

    **IT IS SO ORDERED.**

                                                     **/s/ Jimm Larry Hendren**
                                                     **JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE**