```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   HARRISON DIVISION
```

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

   v.          Criminal No. 07-30005

**RICHARD DWAYNE FLOYD**                                        **DEFENDANT**

## O R D E R

Now on this 28th day of April, 2008, comes on for consideration a Forensic Evaluation dated April 16, 2008, regarding defendant, prepared following a four-month period of psychiatric treatment ordered by the Court pursuant to **18 U.S.C. §4241(d)**. The authors of this Forensic Evaluation state that "it is the opinion of this Forensic Team Mr. Floyd is unable to understand the nature and consequences of the proceedings against him and to assist properly in his defense." It is also the opinion of the Forensic Team that "there is no substantial probability that his competency can be restored within the foreseeable future with further treatment."

IT IS THEREFORE ORDERED that, pursuant to 18 U.S.C. § 4247(b) the defendant is hereby committed to the custody of the Attorney General or his authorized representative for placement in a suitable federal correctional facility for a period not to exceed forty-five (45) days for a psychiatric or psychological examination of the defendant under 18 U.S.C. § 4246 "to determine whether the defendant is a suffering from a mental disease or defect as a result of which his release would create a substantial

risk of bodily injury to another person or serious damage to property of another." 18 U.S.C. § 4246(a).

IT IS FURTHER ORDERED that, pursuant to 18 U.S.C. § 4247©, the facility conducting the evaluation shall file a copy of the report with this Court, with copies to counsel for the defendant and the government. Should defendant desire a hearing on the issue of his mental condition, he will have ten (10) days from the filing of the report within which to demand such.

**IT IS SO ORDERED.**

      /s/ Jimm Larry Hendren
**JIMM LARRY HENDREN**
**UNITED STATES DISTRICT JUDGE**