IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | )<br>)<br>) | FILED UNDER SEAL |
| vs. | )<br>) | Case No. 3:07-CR-30005-JLH |
| RICHARD DWAYNE FLOYD,<br>Defendant. | )<br>)<br>)<br>) | |

## ORDER

Before the Court is the Defendant's <u>Unopposed Motion to Dismiss Complaint</u> filed February 20, 2009.

IT APPEARING to the Court that the motion should be granted, it is ORDERED that the criminal complaint pending against the Defendant is hereby dismissed with prejudice.

ORDERED this 20th day of February, 2009.

_____
Honorable Jimm Larry Hendren
Chief U.S. District Court Judge